**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

Emory Group, LLC,

          Plaintiff,

    vs.

South By Sea, LLC, d/b/a
Shirts for Greeks, and
Brandon Metcalf,

          Defendants.

**COMPLAINT**

6:15-cv-01856-MGL

Jury Trial Demanded

## <u>EXHIBIT A</u>

## EMORY GROUP COPYRIGHT REGISTRATIONS

A-1    Class VA, No. 1-936-595

A-2    Class VA, No. 1-938-344

A-3    Class VA, No. 1-936-591

A-4    Class VA, No. 1-936-929

A-5    Class VA, No. 1-940-990

A-6    Class VA, No. 1-938-357

A-7    Class VA, No. 1-937-240

A-8    Class VA, No. 1-937-244

A-9    Class VA, No. 1-936-572

A-10   Class VA, No. 1-936-931

A-11   Class VA, No. 1-937-470

A-12   Class VA, No. 1-936-928

A-13   Class VA, No. 1-937-970

A-14   Class VA, No. 1-936-933

A-15   Class VA, No. 1-937-577

A-16   Class VA, No. 1-937-059

A-17   Class VA, No. 1-936-926

A-18   Class VA, No. 1-936-932

A-19   Class VA, No. 1-937-516

A-20   Class VA, No. 1-936-594

A-21   Class VA, No. 1-940-991

A-22   Class VA, No. 1-940-340

A-23   Class VA, No. 1-938-359

A-24   Class VA, No. 1-939-451

A-25   Class VA, No. 1-941-587

A-26   Class VA, No. 1-941-805

A-27   Class VA, No. 1-949-982

A-28   Class VA, No. 1-949-983

A-29   Class VA, No. 1-950-743

A-30   Class VA, No. 1-944-280

A-31   Class VA, No. 1-944-285

A-32   Class VA, No. 1-944-261

A-33   Class VA, No. 1-944-269

A-34   Class VA, No. 1-937-525

A-35   Class VA, No. 1-942-902

A-36   Class VA, No. 1-940-340

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-936-595**

**Effective date of registration:**

November 20, 2014

---

## Title
       **Title of Work:** BrittanyBowman_DateNight_2013

## Completion/Publication
       **Year of Completion:** 2013

       **Date of 1st Publication:** January 1, 2013       **Nation of 1st Publication:** United States

## Author
       ■     **Author:** Emory Group

       **Author Created:** 2-D artwork

       **Work made for hire:** Yes

       **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant
       **Copyright Claimant:** Emory Group

       1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions
       **Organization Name:** Emory Group

       **Email:** kelley@emorygroup.com

       **Address:** 1320 Howell Road

       Duncan, SC 29334  United States

## Certification
       **Name:** Kelley Shaw

       **Date:** November 20, 2014

---

Exhibit A - 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

Registration Number
VA 1-938-344

Effective date of
registration:
December 1, 2014

## Title

Title of Work: ShannonSnow_Handdrawn_2013

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: January 1, 2013    Nation of 1st Publication: United States

## Author

* Author: Shannon Snow

Author Created: 2-D artwork

Work made for hire: No

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334 United States

## Certification

Name: Kelley Shaw

Date: December 1, 2014

Correspondence: Yes

Exhibit A - 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-936-591**

**Effective date of registration:**

November 20, 2014

## Title ───────────────────────────────

Title of Work: BrittanyBowman_BidDay_2012

## Completion/Publication ───────────────

Year of Completion: 2012

Date of 1st Publication: January 1, 2012     Nation of 1st Publication: United States

## Author ──────────────────────────────

Author: Emory Group

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant ──────────────────

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions ──────────────

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334 United States

## Certification ───────────────────────

Name: Kelley Shaw

Date: November 20, 2014

Exhibit A - 3

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-929

**Effective date of registration:**

November 21, 2014

---

## Title

**Title of Work:** KristenAlmeida_FoundersDay_2011

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** August 26, 2011       **Nation of 1st Publication:** United States

## Author

**Author:** Kristen Almeida

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

**Transfer Statement:** by written agreement

## Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334  United States

## Certification

**Name:** Kelley Shaw

**Date:** November 21, 2014

---

**Correspondence:** Yes

Page 1 of 1

Exhibit  A - 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-940-990
**Effective Date of Registration:**
December 16, 2014

## Title
_____

Title of Work: BrittanyBowman_Southern_2011

## Completion/Publication
_____

Year of Completion: 2011
Date of 1st Publication: January 01, 2011
Nation of 1st Publication: United States

## Author
_____

Author: Emory Group
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Emory Group
1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions
_____

Organization Name: Emory Group
Email: kelley@emorygroup.com
Address: 1320 Howell Road
Duncan, SC 29334 United States

## Certification
_____

Name: Kelley Shaw
Date: December 16, 2014

Page 1 of 1

Exhibit A - 5

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-938-357

**Effective date of
registration:**

December 1, 2014

## Title

| | |
|---|---|
| **Title of Work:** | KristenAlmeida_Proofs5_2011 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | January 1, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Kristen Almeida |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Emory Group |
| | 1320 Howell Road, 1409 Roper mountain Rd, Duncan, SC, 29615, United States |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Emory Group |
| **Email:** | kelley@emorygroup.com |
| **Address:** | 1320 Howell Road |
| | Duncan, SC 29334  United States |

## Certification

| | |
|---|---|
| **Name:** | Kelley Shaw |
| **Date:** | December 1, 2014 |

| | |
|---|---|
| **Correspondence:** | Yes |

Exhibit A - 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-937-240

**Effective date of
registration:**

November 24, 2014

---

## Title
          **Title of Work:** LaurenPoole_Texas_2011

## Completion/Publication
          **Year of Completion:** 2011

          **Date of 1st Publication:** January 1, 2011      **Nation of 1st Publication:** United States

## Author
          **Author:** Emory Group

          **Author Created:** 2-D artwork

          **Work made for hire:** Yes

          **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
          **Copyright Claimant:** Emory Group

          1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions
          **Organization Name:** Emory Group

          **Email:** kelley@emorygroup.com

          **Address:** 1320 Howell Road

          Duncan, SC 29334  United States

## Certification
          **Name:** Kelley Shaw

          **Date:** November 24, 2014

---

Exhibit A - 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-937-244

**Effective date of registration:**

November 24, 2014

## Title

**Title of Work:** BrittanyBowman_NewMember_2011

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 1, 2011     **Nation of 1st Publication:** United States

## Author

**Author:** Emory Group

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334  United States

## Certification

**Name:** Kelley Shaw

**Date:** November 24, 2014

Page 1 of 1

Exhibit A - 8

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-572

**Effective date of
registration:**

November 21, 2014

## Title

Title of Work: KristenAlmeida_FoodFunction_2013

## Completion/Publication

Year of Completion: 2013

Date of 1st Publication: January 1, 2013        Nation of 1st Publication: United States

## Author

Author: Emory Group

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334  United States

## Certification

Name: Kelley Shaw

Date: November 21, 2014

Page 1 of 1

Exhibit A - 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-931

**Effective date of registration:**

November 21, 2014

## Title

**Title of Work:** Kristen_Formal_2012

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 4, 2012          **Nation of 1st Publication:** United States

## Author

**Author:** Emory Group

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw

**Date:** November 21, 2014

**Correspondence:** Yes

Page 1 of 1

Exhibit A - 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-937-470**

**Effective date of
registration:**

November 25, 2014

## Title

**Title of Work:** BrittanyBowman_MountainWeekend_2013

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 1, 2013    **Nation of 1st Publication:** United States

## Author

**Author:** Emory Group

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw

**Date:** November 25, 2014

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-928

**Effective date of registration:**

November 21, 2014

---

## Title
**Title of Work:** CassieKelly_Holiday_2011

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** August 26, 2011      **Nation of 1st Publication:** United States

## Author
- **Author:** Cassie Kelly
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer Statement:** by written agreement

## Rights and Permissions
**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334  United States

## Certification
**Name:** Kelley Shaw
**Date:** November 21, 2014

---

**Correspondence:** Yes

Page 1 of 1

Exhibit A - 12

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-937-970

**Effective date of
registration:**

November 26, 2014

---

## Title

**Title of Work:** JaimeAnderson_Western_2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2010    **Nation of 1st Publication:** United States

## Author

**Author:** Jaime Anderson

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

**Transfer Statement:** by written agreement

## Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334  United States

## Certification

**Name:** Kelley Shaw

**Date:** November 26, 2014

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-933

**Effective date of
registration:**

November 21, 2014

---

## Title
    **Title of Work:** BrittanyBowman_HippieSwap_2011

## Completion/Publication
   **Year of Completion:** 2011
   **Date of 1st Publication:** August 26, 2011  **Nation of 1st Publication:** United States

## Author
      **Author:** Emory Group
   **Author Created:** 2-D artwork

   **Work made for hire:** Yes
     **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
   **Copyright Claimant:** Emory Group

          1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions
   **Organization Name:** Emory Group
       **Email:** kelley@emorygroup.com
     **Address:** 1320 Howell Road

          Duncan, SC 29334  United States

## Certification
     **Name:** Kelley Shaw
     **Date:** November 21, 2014

---

   **Correspondence:** Yes

Exhibit A - 14

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-937-577

**Effective date of registration:**

November 25, 2014

---

## Title

Title of Work: BrittanyBowman_Western_2012

## Completion/Publication

Year of Completion: 2012

Date of 1st Publication: November 1, 2012      Nation of 1st Publication: United States

## Author

Author: Emory Group

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States      Domiciled in: United States

## Copyright claimant

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334 United States

## Certification

Name: Kelley Shaw

Date: November 25, 2014

---

Correspondence: Yes

Page 1 of 1

Exhibit A - 15

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-937-059

**Effective date of registration:**

November 24, 2014

---

### Title

Title of Work: KristenAlmeida_Western_2011

### Completion/Publication

Year of Completion: 2011

Date of 1st Publication: April 27, 2011    Nation of 1st Publication: United States

### Author

Author: Kristen Almeida

Author Created: 2-D artwork

Work made for hire: No

Citizen of: United States    Domiciled in: United States

### Copyright claimant

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

Transfer Statement: by written agreement

### Rights and Permissions

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334  United States

### Certification

Name: Kelley Shaw

Date: November 24, 2014

---

Correspondence: Yes

Page 1 of 1

Exhibit A - 16

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-936-926**

**Effective date of registration:**

November 21, 2014

## Title

Title of Work: KelleyShaw_HippieSwap_2010

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 9, 2010        Nation of 1st Publication: United States

## Author

Author: Emory Group

Author Created: 2-D artwork

Work made for hire: Yes

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334  United States

## Certification

Name: Kelley Shaw

Date: November 21, 2014

Correspondence: Yes

Page 1 of 1

Exhibit A - 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-932

**Effective date of registration:**

November 21, 2014

---

## Title
**Title of Work:** BrittanyBowman_Formal_2011

## Completion/Publication
**Year of Completion:** 2011

**Date of 1st Publication:** August 26, 2011    **Nation of 1st Publication:** United States

## Author
**Author:** Emory Group

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions
**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334  United States

## Certification
**Name:** Kelley Shaw

**Date:** November 21, 2014

---

**Correspondence:** Yes

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**VA 1-937-516**

Effective date of registration:
November 25, 2014

---

### Title

**Title of Work:** CassieKelly_Proofs2_2011

### Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 1, 2011    **Nation of 1st Publication:** United States

### Author

■ **Author:** Cassie Kelly

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

**Transfer Statement:** by written agreement

### Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334 United States

### Certification

**Name:** Kelley Shaw

**Date:** November 25, 2014

---

**Correspondence:** Yes

Page 1 of 1

Exhibit A - 19

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-936-594

**Effective date of
registration:**

November 20, 2014

---

### Title

**Title of Work:** BrittanyBowman_DateNight_2011

### Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** January 1, 2011          **Nation of 1st Publication:** United States

### Author

**Author:** Emory Group

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

### Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334  United States

### Certification

**Name:** Kelley Shaw

**Date:** November 20, 2014

---

Page 1 of 1

Exhibit A - 20

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-940-991**

**Effective Date of Registration:**
December 16, 2014

## Title
_____

Title of Work: BrittanyBowman_Tribal_2011

## Completion/Publication
_____

Year of Completion: 2011
Date of 1st Publication: January 01, 2011
Nation of 1st Publication: United States

## Author
_____

Author: Emory Group
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Emory Group
1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions
_____

Organization Name: Emory Group
Email: kelley@emorygroup.com
Address: 1320 Howell Road
Duncan, SC 29334 United States

## Certification
_____

Name: Kelley Shaw
Date: December 16, 2014

Exhibit A - 21

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-940-340

**Effective Date of Registration:**
November 19, 2014

---

### Title

| | |
|---|---|
| Title of Work: | JaimeAnderson_Crests_2010 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2010 |
| Date of 1st Publication: | January 01, 2011 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| Author: | Jaime Anderson |
| Author Created: | 2-D artwork |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Emory Group<br>1320 Howell Road, Duncan, SC, 29334, United States |
| Transfer statement: | by written agreement |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Emory Group |
| Email: | kelley@emorygroup.com |
| Address: | 1320 Howell Road<br>Duncan, SC 29334 United States |

### Certification

| | |
|---|---|
| Name: | Kelley Shaw |
| Date: | November 19, 2014 |

Page 1 of 2

Exhibit A - 22

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-938-359

Effective date of
registration:

December 1, 2014

---

## Title

Title of Work: KristenAlmeida_Proofs2_2011

## Completion/Publication

Year of Completion: 2011

Date of 1st Publication: January 1, 2011        Nation of 1st Publication: United States

## Author

■        Author: Kristen Almeida

Author Created: 2-D artwork

Work made for hire: No

Citizen of: United States        Domiciled in: United States

## Copyright claimant

Copyright Claimant: Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

Transfer Statement: By written agreement

## Rights and Permissions

Organization Name: Emory Group

Email: kelley@emorygroup.com

Address: 1320 Howell Road

Duncan, SC 29334  United States

## Certification

Name: Kelley Shaw

Date: December 1, 2014

---

Correspondence: Yes

Page 1 of 1

Exhibit A - 23

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-939-451

**Effective Date of Registration:**
December 05, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | AliceFeagan_Proofs_2013 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 01, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Alice Feagan |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Emory Group |
| | 1320 Howell Road, Duncan, SC, 29334, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Emory Group |
| **Email:** | kelley@emorygroup.com |
| **Address:** | 1320 Howell Road |
| | Duncan, SC 29334 United States |

## Certification

| | |
|---|---|
| **Name:** | Kelley Shaw |
| **Date:** | December 05, 2014 |

Page 1 of 1

Exhibit A - 24

Registration Number

## VA 1-941-587

Effective Date of Registration:
December 18, 2014

## Title

Title of Work: BrittanyBowman_Holiday271_2011

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: August 11, 2011
Nation of 1st Publication: United States

## Author

- Author: Emory Group
  Author Created: 2-D artwork
  Work made for hire: Yes
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Emory Group
1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

Organization Name: Emory Group
Email: kelley@emorygroup.com
Address: 1320 Howell Road
Duncan, SC 29334 United States

## Certification

Name: Kelley Shaw
Date: December 18, 2014



Register of Copyrights, United States of America

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Certificate of Registration

Page 1 of 1

Exhibit A - 25

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-941-805

**Effective Date of Registration:**
December 17, 2014

---

### Title

**Title of Work:** BrittanyBowman_Sisterhood1002_2010

### Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 07, 2010
**Nation of 1st Publication:** United States

### Author

- **Author:** Brittany Bowman
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:** by written agreement

### Rights and Permissions

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

### Certification

**Name:** Kelley Shaw
**Date:** December 17, 2014

---

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-949-982

**Effective Date of Registration:**
February 03, 2015

## Title

Title of Work: LaurenPoole_Formal612_2010

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: August 09, 2010
Nation of 1st Publication: United States

## Author

Author: Emory Group
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Emory Group
1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

Organization Name: Emory Group
Email: kelley@emorygroup.com
Address: 1320 Howell Road
Duncan, SC 29334 United States

## Certification

Name: Kelley Shaw
Date: February 03, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**VA 1-949-983**

Effective Date of Registration:
February 03, 2015

## Title

**Title of Work:** EmoryGroup_OriginalPattern1029P_2012

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 17, 2012
**Nation of 1st Publication:** United States

## Author

**Author:** Emory Group
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States

## Rights and Permissions

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw
**Date:** February 03, 2015

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-950-743**

**Effective Date of Registration:**
February 18, 2015

## Title

**Title of Work:** JaimeAnderson_Crest12051_2010

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** December 02, 2010
**Nation of 1st Publication:** United States

## Author

**Author:** Jaime Anderson
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw
**Date:** February 18, 2015

Page 1 of 1

Exhibit A - 29

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-944-280
**Effective Date of Registration:**
November 24, 2014

## Title _____

**Title of Work:**   AmandaLesh_Sisterhood_2012

## Completion/Publication _____

**Year of Completion:**   2012
**Date of 1st Publication:**   August 17, 2012
**Nation of 1st Publication:**   United States

## Author _____

- **Author:**   Amanda Lesh
  **Author Created:**   2-D artwork
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:**   by written agreement

## Rights and Permissions _____

**Organization Name:**   Emory Group
**Email:**   kelley@emorygroup.com
**Address:**   1320 Howell Road
Duncan, SC 29334 United States

## Certification _____

**Name:**   Kelley Shaw
**Date:**   November 24, 2014

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-944-285

**Effective Date of Registration:**
November 20, 2014

## Title

**Title of Work:** BrittanyBowman_FoodFunction_2010

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** August 09, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Brittany Bowman
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:** by written agreement

## Rights and Permissions

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw
**Date:** November 20, 2014

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-944-261

**Effective Date of Registration:**
November 20, 2014

## Title

**Title of Work:** JaimeAnderson_Beach_2010

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** December 02, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Jaime Anderson
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:** by written agreement

## Rights and Permissions

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw
**Date:** November 20, 2014

Page 1 of 2

Exhibit A - 32

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-944-269
**Effective Date of Registration:**
November 20, 2014

## Title
___

**Title of Work:** NatalieMroczka_beach_2011

## Completion/Publication
___

**Year of Completion:** 2010
**Date of 1st Publication:** December 02, 2010
**Nation of 1st Publication:** United States

## Author
___

- **Author:** Natalie Mroczka
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
___

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:** by written agreement

## Rights and Permissions
___

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

## Certification
___

**Name:** Kelley Shaw
**Date:** November 20, 2014

___

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-937-525

**Effective date of
registration:**

November 25, 2014

## Title

**Title of Work:** BrittanyBowman_Sisterhood_2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** January 1, 2010     **Nation of 1st Publication:** United States

## Author

**Author:** Brittany Bowman

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Emory Group

1320 Howell Road, Duncan, SC, 29334, United States

**Transfer Statement:** by written agreement

## Rights and Permissions

**Organization Name:** Emory Group

**Email:** kelley@emorygroup.com

**Address:** 1320 Howell Road

Duncan, SC 29334 United States

## Certification

**Name:** Kelley Shaw

**Date:** November 25, 2014

**Correspondence:** Yes

Page 1 of 1

Exhibit A - 34

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-942-902

**Effective Date of Registration:**
December 17, 2014

## Title _____

Title of Work: JaimeAnderson_Misc917_2011

## Completion/Publication _____

Year of Completion: 2010
Date of 1st Publication: December 15, 2010
Nation of 1st Publication: United States

## Author _____

- Author: Jaime Anderson
Author Created: 2-D artwork
Work made for hire: No
Citizen of: United States
Domiciled in: United States

## Copyright Claimant _____

Copyright Claimant: Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
Transfer statement: by written agreement

## Rights and Permissions _____

Organization Name: Emory Group
Email: kelley@emorygroup.com
Address: 1320 Howell Road
Duncan, SC 29334 United States

## Certification _____

Name: Kelley Shaw
Date: December 17, 2014

Page 1 of 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**VA 1-940-340**
Effective Date of Registration:
November 19, 2014

---

### Title

**Title of Work:** JaimeAnderson_Crests_2010

### Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** January 01, 2011
**Nation of 1st Publication:** United States

### Author

**Author:** Jaime Anderson
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Emory Group
1320 Howell Road, Duncan, SC, 29334, United States
**Transfer statement:** by written agreement

### Rights and Permissions

**Organization Name:** Emory Group
**Email:** kelley@emorygroup.com
**Address:** 1320 Howell Road
Duncan, SC 29334 United States

### Certification

**Name:** Kelley Shaw
**Date:** November 19, 2014

---

Page 1 of 2