UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Emory Group, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>South By Sea, LLC, d/b/a<br>Shirts for Greeks, and<br>Brandon Metcalf,<br><br>    Defendants. | Civil Action No. 6:15-cv-01856-MGL<br><br>**CONSENT PRELIMINARY INJUNCTION** |

This matter is before the Court on Plaintiff's Refiled Motion for Preliminary Injunction (Docket # 48). It has been represented to the Court by counsel for the parties that they have resolved the motion under terms that include the entry by the Court of a preliminary injunction. The Court further finds that it has jurisdiction over the subject matter of this action and personal jurisdiction over the parties. Therefore, it is

ORDERED that South By Sea, LLC and Brandon Metcalf, and their respective officers, agents, employees, attorneys, and any entity controlled by or in which they have an interest in, and all persons who are in active concert or participation with such persons, who receive actual notice hereof, are hereby preliminarily restrained, enjoined, and prohibited, until further Order of this Court or termination of this action, whichever occurs first, from infringing the copyrights identified in Exhibit A, including by reproduction of any of the works, copying of any of the works, display of any of the works, preparation of a derivative work based on any of the works, and distribution of copies of any of the works.

IT IS SO ORDERED.

        s/Mary Geiger Lewis
        ―――――――――――――――――
        Mary Geiger Lewis
        United States District Judge

February 27, 2017
Columbia, South Carolina

| WE SO MOVE AND CONSENT: | WE SO MOVE AND CONSENT: |
|---|---|
| NEXSEN PRUET, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| *s/ Timothy D. St.Clair* | *s/ Neil C. Jones* |
| Timothy D. St.Clair (Fed. ID # 4270) | Neil C. Jones (Fed. ID # 5470) |
| P. O. Drawer 10648 | P. O. Box 10084 |
| Greenville, SC  29603 | Greenville, SC  29603 |
| Telephone: (864) 282-1181 | Telephone: (864) 250-2260 |
| E-Mail:  tstclair@nexsenpruet.com | E-Mail:  neil.jones@nelsonmullins.com |
| February 24, 2017 | February 24, 2017 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

2