UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Emory Group, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> South By Sea, LLC, d/b/a Shirts for Greeks, and Brandon Metcalf, <br><br> Defendants. | Civil Action No. 6:15-cv-01856-MGL <br><br><br> **PERMANENT INJUNCTION ON CONSENT** |

This matter is before the Court on Plaintiff's Motion for Entry of Permanent Injunction on Consent. It has been represented to the Court by counsel for the parties that they have resolved this lawsuit under terms that include the entry by the Court of a permanent injunction on terms identical to those of the Consent Preliminary Injunction previously entered by the Court (Docket # 96) and the dismissal with prejudice of the counterclaims of Defendant South By Sea, LLC. The Court further finds that it has jurisdiction over the subject matter of this action and personal jurisdiction over the parties. Therefore, it is

ORDERED that South By Sea, LLC and its officers, agents, employees, attorneys, and any entity controlled by or in which it has an interest in, and all persons who are in active concert or participation with such persons, who receive actual notice hereof, are hereby permanently restrained, enjoined, and prohibited from infringing the copyrights identified in Exhibit A, including by reproduction of any of the works, copying of any of the works, display of any of the works, preparation of a derivative work based on any of the works, and distribution of copies of any of the works.

1

IT IS FURTHER ORDERED that the counterclaims of Defendant South By Sea, LLC are dismissed with prejudice by consent of Defendant South By Sea, LLC.

IT IS SO ORDERED.

                                                            s/Mary Geiger Lewis
                                                            Mary Geiger Lewis
                                                            United States District Judge

July 5, 2017
Columbia, South Carolina

| WE SO MOVE AND CONSENT: | WE SO MOVE AND CONSENT: |
|---|---|
| NEXSEN PRUET, LLC | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| *s/ Timothy D. St.Clair* | *s/ Neil C. Jones* |
| Timothy D. St.Clair (Fed. ID # 4270) | Neil C. Jones (Fed. ID # 5470) |
| P. O. Drawer 10648 | P. O. Box 10084 |
| Greenville, SC 29603 | Greenville, SC 29603 |
| Telephone: (864) 282-1181 | Telephone: (864) 250-2260 |
| E-Mail: tstclair@nexsenpruet.com | E-Mail: neil.jones@nelsonmullins.com |
| July 3, 2017 | July 3, 2017 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |