# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Emory Group LLC,<br>*Plaintiffs*<br><br>v.<br><br>South By Sea LLC, d/b/a Shirts for Greeks; Brandon Metcalf,<br>*Defendants,* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   6:15-cv-01856-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff's Motion for Permanent Injunction is granted and this case is dismissed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   July 5, 2017                                                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Ashley Buckingham
                                                                                _____
                                                                                *Signature of Clerk or Deputy Clerk*